UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY R. JACKSON, Jr., | No. 2:19-cv-1871 KJN P |
| Petitioner, | |
| v. | ORDER |
| ROBERT NEUSCHMID, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In this action, petitioner alleges that his sentence for a conviction issued by the Riverside County Superior Court was improperly enhanced by convictions from the State of Nevada. Petitioner originally filed this action in the United States District Court for the District of Nevada. On September 17, 2019, the Nevada District Court transferred this action to this court because petitioner is incarcerated at California State Prison-Solano, which is located in this district.

While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: September 23, 2019

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1871.108